P.O. BOX 56157
NEW ORLEANS, LA 70156
P: 504-522-0617
F: 888-533-0911

MARJORIE R. ESMAN
EXECUTIVE DIRECTOR

December 13, 2012

**Via Facsimile to (225) 791-4682 and Email to paeton@cox.net**
Paeton L. Burkett
Denham Springs City Attorney
Post Office Box 1629
Denham Springs, Louisiana 70727

Dear Ms. Burkett:

The ACLU of Louisiana has been advised that Sarah Henderson has restored her holiday display consisting of Christmas lights in the shape of one or more hands with extended middle fingers.

We remind you that Ms. Henderson's display is protected by the First Amendment, and we trust that the City of Denham Springs will not interfere with it.

Thank you in advance for your cooperation.

Sincerely,

Marjorie Esman
Executive Director

Justin Harrison
Senior Staff Attorney