UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SARAH CHILDS, a.k.a. SARAH HENDERSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　– Versus –<br><br>CITY OF DENHAM SPRINGS, et al.<br><br>　　　　　　　　　Defendants. | NUMBER: 3:12-cv-795<br><br>JUDGE:<br><br>MAGISTRATE JUDGE: |

## ORDER

Considering the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction:

The Court finds that Defendants' continued efforts to prevent Plaintiff from displaying her holiday lights will result in an infringement of Plaintiff's rights of free speech and due process, and that the Plaintiff has demonstrated a likelihood of succeeding in her argument that this infringement is impermissible under the First and Fourteenth Amendments to the United States Constitution. Accordingly,

**IT IS ORDERED ADJUDGED, and DECREED** that Plaintiffs' Motion for Temporary Restraining Order is hereby **GRANTED.** Plaintiff is permitted to restore her lighted display, and Defendants the CITY OF DENHAM SPRINGS, JIMMY DURBIN, SCOTT JONES, and their respective agents or

1

employees, are hereby enjoined from interfering with Plaintiff's holiday display or retaliating against Plaintiff in any fashion for exercising her First Amendment-protected rights.

**IT IS FURTHER ORDERED** that Defendants must appear before this Court on the ___7th___ day of ___January, 2013___, at ___10:30___ o'clock a.m. to show cause why the preliminary injunction requested should not be issued.

Baton Rouge, Louisiana, this ___20th___ day of December 2012 at ___2:40___ a.m./p.m.

                                      UNITED STATES DISTRICT JUDGE
                                      JAMES J. BRADY