UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SARAH CHILDS, a.k.a. SARAH HENDERSON

VS.

THE CITY OF DENHAM SPRINGS;
JIMMY DURBIN, in his official and
individual capacities; SCOTT JONES,
in his official and individual capacities;
SHAWN PERKINS in his official and
individual capacities; JOHN DOE, in his
Official and individual capacities

NO. 3:12-CV-795

JUDGE: JAMES J. BRADY

MAGISTRATE: MJU

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sarah Childs a.k.a. Sarah Henderson, and defendants, the City of Denham Springs, James "Jimmy" Durbin, Scott Jones, and Shawn Perkins, pursuant to Fed. R. Civ. P. 41(a), represent to the court that they have amicably resolved all claims and causes of action and hereby request the entry of an order dismissing this action and all claims asserted therein, with prejudice, with each party to bear its own costs.

WHEREFORE, Sarah Childs a.k.a. Sarah Henderson, the City of Denham Springs, James "Jimmy" Durbin, Scott Jones, and Shawn Perkins pray that an order of dismissal, with prejudice, be entered as requested herein.

3466039_1.DOCX

Respectfully Submitted:

s/ Lana D. Crump
Bradley C. Myers (#1499)
Brad.Myers@keanmiller.com
Lana D. Crump (#23707)
Lana.Crump@keanmiller.com
Scott D. Huffstetler (#28615)
Scott.Huffstetler@keanmiller.com
Katie D. Bell (#29831)
Katie.Bell@keanmiller.com
KEAN MILLER LLP
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Fax: (225) 388-9133

*Attorneys for the City of Denham Springs, Jimmy Durbin, Scott Jones, and Shawn Perkins*

s/ Justin P. Harrison
Justin P. Harrison (#33575)
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, LA 70156
Telephone: (504) 522-0628

*Attorney for Plaintiff, Sarah Childs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, the foregoing Stipulation of Dismissal with Prejudice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                       s/ Lana D. Crump
                                                       Lana D. Crump

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SARAH CHILDS, a.k.a. SARAH HENDERSON

VS.

THE CITY OF DENHAM SPRINGS; JIMMY DURBIN, in his official and individual capacities; SCOTT JONES, in his official and individual capacities; SHAWN PERKINS in his official and individual capacities; JOHN DOE, in his Official and individual capacities

NO. 3:12-CV-795

JUDGE: JAMES J. BRADY

MAGISTRATE: MJU

## JUDGMENT OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the plaintiff, Sarah Childs a.k.a. Sarah Henderson, and defendants, the City of Denham Springs, James "Jimmy" Durbin, Scott Jones, and Shawn Perkins to dismiss this action, with prejudice;

IT IS ORDERED that this action and all of the claims and/or causes of action asserted therein are hereby dismissed, with prejudice, with each party to bear its own costs.

Baton Rouge, Louisiana, this _____ day of _____, 2013.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA